UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN ORTIZ,

    Plaintiff(s),

v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant(s).

No. C-11-03317-DMR

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE PLEADINGS**

Plaintiff Benjamin Ortiz moves pursuant to Rule 15(a)(2) of the Federal Rule of Civil Procedure to amend his complaint. [Docket No. 17.] Defendants City and County of San Francisco do not oppose the motion. [Docket No. 18.] Rule 15 instructs that the court "'should freely give leave [to amend] when justice so requires.'" *Sullivan v. Aramark Uniform & Career Apparel, Inc.*, No. C 11-02973 HRL, 2011 WL 5827220, at * 2 (N.D. Cal. Nov. 18, 2011) (brackets in original) (quoting Fed. R. Civ. P. 15(a)(2)). The court therefore grants Plaintiff's motion.

IT IS SO ORDERED.

Dated: December 14, 2011

DONNA M. RYU
United States Magistrate Judge