United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN ORTIZ

    Plaintiff(s),

v.

CITY AND COUNTY OF SAN FRANCISCO

    Defendant(s).
_____/

No. 11-03317 DMR (EDL)

ORDER EXCUSING ATTENDANCE
AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated January 13, 2012, Defendant Officer Kavanaugh requested to be excused from personally appearing at the settlement conference scheduled for January 25, 2012. Plaintiff does not oppose the request.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Officer Kavanaugh be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on January 25, 2012.

If the Court concludes that the absence of Officer Kavanaugh is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Officer Kavanaugh.

SO ORDERED.

Dated: January 18, 2012

                                                                                     *signature*
ELIZABETH D. LAPORTE
United States Magistrate Judge