DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
MARGARET W. BAUMGARTNER, State Bar #151762
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859
Facsimile:      (415) 554-3837
E-Mail:          margaret.baumgartner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE DEPARTMENT,
OFFICER JOSEPH KAVANAUGH
and OFFICER MACAULEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ORTIZ, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; OFFICER JOSEPH KAVANAUGH; OFFICER MACAULEY; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. CV 11-03317 DMR <br><br> **[PROPOSED ORDER] AND APPLICATION FOR PERMISSION TO EXCUSE OFFICER MACAULEY FROM ATTENDANCE AT SETTLEMENT CONFERENCE** <br><br> Hearing Date:   March 29, 2012 <br> Time:                  9:30 a.m. <br> Place:                 Ctrm. F, 16th Fl. <br><br> Complaint Filed:   May 18, 2011 <br> Trial Date:            June 25, 2012 |

This office represents defendants the City and County of San Francisco, and Officers Macauley and Kavanagh in the above-referenced matter. Defendants request that Officer Macauley be excused from the settlement conference scheduled on March 29, 2012. Officer Macauley just last week received a new assignment to a specialized unit. His training for the new assignment begins March 29,

1  2012.  No other training is available in sufficient time for Officer Macauley to accept his new, coveted
2  assignment.
3       The other individual defendant, Officer Kavanagh, will be present, as will a representative
4  from the San Francisco Police Department.  Officer Macauley's presence is not necessary to authorize
5  a settlement.  Furthermore, plaintiff will be deposing Officer Macauley the day before the settlement
6  conference, so the plaintiff will have the opportunity to obtain information from Officer Macauley
7  about his perception of events.
8       Plaintiff's counsel does not object to excusing Officer Macauley from attendance at the
9  settlement conference.
10 Dated:  March 26, 2012

                         DENNIS J. HERRERA
                         City Attorney
                         JOANNE HOEPER
                         Chief Trial Attorney
                         MARGARET W. BAUMGARTNER
                         Deputy City Attorney

                         By:         */s/*
                         MARGARET W. BAUMGARTNER

                         Attorneys for Defendants
                         CITY AND COUNTY OF SAN FRANCISCO, SAN
                         FRANCISCO POLICE DEPARTMENT, OFFICER
                         JOSEPH KAVANAUGH and OFFICER MACAULEY

20     SO ORDERED.
21 Dated:  March 27, 2012

                         _____
                         Hon. Joseph C. Spero, Magistrate Judge

**PROOF OF SERVICE**

I, LISA FREDERIKSEN, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On March 26, 2012, I served the following document(s):

**NAME OF DOCUMENT**

on the following persons at the locations specified:

Fernando F. Chavez
Law Offices of Fernando F. Chavez
1530 The Alameda, Suite 301
San Jose, California 95126
Tel.: (408) 971-3903
Fax: (408) 971-0117

in the manner indicated below:

☐ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery ☐ is attached** or ☐ **will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number Fax #' to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report ☐ is attached** or ☐ **will be filed separately with the court**.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed March 26, 2012, at San Francisco, California.

_/s/_
LISA FREDERIKSEN