UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN ORTIZ,   No. C-11-03317 DMR

    Plaintiff(s),   **ORDER TO SHOW CAUSE**

  v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant(s).
_____/

The court's Pre-Trial Order of October 21, 2011 [Docket No. 14] required the parties to submit numerous documents to the court by May 25, 2012. To date, however, Plaintiff has not filed his trial brief, any motions in limine, proposed voir dire, or a list of his exhibits. Plaintiff also has not lodged with the court his premarked, tabbed exhibits. Neither party has filed joint proposed jury instructions or joint verdict forms pursuant to the court's instructions [*see* Docket No. 14 at 4 (ordering that parties submit proposed jury instructions and verdict forms jointly and that if parties cannot agree, they may submit them separately)].

The court therefore ORDERS the parties to SHOW CAUSE no later than June 1, 2012 as to why they have not complied with the Pre-Trial Order. Because Plaintiff did not file any motions in limine by the deadline, the court assumes that Plaintiff does not intend to seek exclusion of any evidence that would normally be the subject of such motions. Similarly, because no party submitted discovery excerpts to offer at trial, the court assumes that none will be offered. The court finally notes that the deadline for responses to Defendants' motions in limine is June 4, 2012, as set forth in the Pre-Trial Order; the parties shall ignore the deadlines generated by ECF.

IT IS SO ORDERED.

Dated: May 29, 2012

DONNA M. RYU
United States Magistrate Judge

