**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN ORTIZ,

        Plaintiff(s),

v.

CITY AND COUNTY OF SAN FRANCISCO,

        Defendant(s).
_____/

No. C-11-03317 DMR

**ORDER TO SHOW CAUSE**

On May 25, 2012, Defendants filed three Motions *in Limine*. [Docket Nos. 40-42.] Pursuant to the court's Case Management and Pretrial Order, Plaintiff's opposition or statement of non-opposition to these motions was due by June 4, 2012. [Docket No. 14.] Plaintiff made no filings. The court therefore ORDERS Plaintiff to SHOW CAUSE by June 5, 2012 as to why he again has failed to timely file his pretrial papers. [*See* Docket No. 44 (ordering Plaintiff to show cause for not timely filing papers and reaffirming June 4, 2012 submission deadline for responses to May 25, 2012 submissions)]. Moreover, if Plaintiff fails to file responses to Defendants' submissions by June 5, 2012, the court will summarily grant Defendants' Motions *in Limine*.

IT IS SO ORDERED.

Dated: June 5, 2012



DONNA M. RYU
United States Magistrate Judge