DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
MARGARET W. BAUMGARTNER, State Bar #151762
DUNCAN CARLING, State Bar # 262387
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3859 [Baumgartner]
             (415) 554-4238 [Carling]
Facsimile:   (415) 554-3837
E-Mail:      margaret.baumgartner@sfgov.org
             duncan.carling@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE DEPARTMENT,
OFFICER JOSEPH KAVANAUGH
and OFFICER MACAULEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BENJAMIN ORTIZ, | Case No. CV 11-03317 DMR |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; OFFICER JOSEPH KAVANAUGH; OFFICER MACAULEY; and DOES 1 through 50, inclusive, | Complaint Filed:   May 18, 2011<br>Trial Date:   June 25, 2012 |
| Defendants. | |

DISMISSAL
U.S.D.C. Case No.: CV 11-03317 DMR

1

n:\lit\li2011\111390\00778204.doc

The parties hereby stipulate that this matter shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: June 6, 2012        LAW OFFICE OF FERNANDO CHAVEZ

By: _____/s/_____
    FERNANDO CHAVEZ
    Attorney for Plaintiff Benjamin Ortiz

Dated: June 6, 2012

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
MARGARET W. BAUMGARTNER
Deputy City Attorney


By: _____/s/_____
    MARGARET W. BAUMGARTNER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, OFFICER JOSEPH KAVANAUGH and OFFICER MACAULEY

**SO ORDERED**.

Dated: June 6, 2012

_____
MAGISTRATE JUDGE DONNA M. RYU